**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| TRENT STEPHEN CASTLE, | ) | Case No. 13-45120 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline Cox |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 742
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on May 5, 2016, at 9:30 a.m., before the Honorable Jacqueline Cox, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 680, Chicago, IL 60604.

Date Mailed: _____       By: /s/   David R. Herzog_____
                                                  Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-45120 |
| | § | |
| TRENT STEPHEN CASTLE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $72,488.31
*and approved disbursements of*     $1,291.58
*leaving a balance on hand of*[1] :     $71,196.73

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $71,196.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David R. Herzog, Trustee Fees | $6,874.42 | $0.00 | $6,874.42 |
| Bruce de'Medici, Attorney for Trustee Fees | $7,350.00 | $0.00 | $7,350.00 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses:     $14,574.42
Remaining balance:     $56,622.31

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $56,622.31 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $56,622.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $46,809.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | $30,000.00 | $0.00 | $30,000.00 |
| 2 | AMERICAN EXPRESS BANK FSB | $16,809.93 | $0.00 | $16,809.93 |

|  | Total to be paid to timely general unsecured claims: | $46,809.93 |
|---|---|---|
|  | Remaining balance: | $9,812.38 |

Tardily filed claims of general (unsecured) creditors totaling $100,330.33 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 3 | FIFTH THIRD BANK | $100,330.33 | $0.00 | $9,812.38 |

**UST Form 101-7-NFR (10/1/2010)**

      Total to be paid to tardily filed general unsecured claims:  $9,812.38
                Remaining balance:  $0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

      Total to be paid for subordinated claims:  $0.00
            Remaining balance:  $0.00

      Prepared By: /s/ David R. Herzog
            Trustee

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-45120-JPC
Trent Stephen Castle                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers          Page 1 of 2          Date Rcvd: Mar 31, 2016
                              Form ID: pdf006         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2016.
```
db              #+Trent Stephen Castle,    4023 Brandychase Way 350,    Cincinnati, OH 45245-4112
21246944        +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale,FL 33329-7871
21697137         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21246943        +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington,DE 19884-0001
21246945        +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21246938        +CHASE,    Attn: Bankruptcy Dept.,    Po Box 24696,    Columbus,OH 43224-0696
21246933        +Edgewater Plaza Condo Assn,    Attn: Bankruptcy Dept.,    5445 N Sheridan Rd,
                 Chicago,IL 60640-1957
21246940        +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21246941        +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21246939       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third BANK,    Attn: Bankruptcy Dept.,    Fifth Third Center,
                 Cincinnati,OH 45263)
21512803        +FIFTH THIRD BANK,    PO BOX 9013,    ADDISON,TEXAS 75001-9013
21246934        +Packey Webb Leasing,    Attn: Bankruptcy Dept.,    2150 Ogden Avenue,
                 Downers Grove,IL 60515-2618
21246936        +Sharyn Castle,    Attn: Bankruptcy Dept.,    111 E. Chestnut St,    Apt #41k,
                 Chicago,IL 60611-6019
21246942         Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21246946        +E-mail/Text: 00svobankruptcy@starwoodvo.com Apr 01 2016 01:41:03     Starwood Vacation,
                 Attn: Bankruptcy Dept.,    9002 San Marco Ct.,    Orlando,FL 32819-8600
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21246937*      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    Bankruptcy Dept.,
                 251 N. Illinois St., Ste. 1000,    Indianapolis,IN 46202)
22744811*       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
21246935       ##+Sharyn Castle,    111 E. Chestnut Street #41k,    Chicago,IL 60611-6019
                                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2016 at the address(es) listed below:
```
              Anthony J. D'Agostino    on behalf of Defendant Sharyn Marie Procaccio
               ajdagostino@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;tstephenson@golanchristie.com;tfalligant@gola
              nchristie.com
              Bruce E de'Medici    on behalf of Trustee David R Herzog bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Plaintiff David R. Herzog, Trustee bdemedici@gmail.com
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2                   Date Rcvd: Mar 31, 2016
                              Form ID: pdf006             Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Bruce E de'Medici    on behalf of Attorney Bruce  de'Medici bdemedici@gmail.com
              Christine  Kuhlman    on behalf of Debtor 1 Trent Stephen Castle ndil@geracilaw.com
              David R Herzog    on behalf of Attorney Bruce  de'Medici drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              David R Herzog     drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
               bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert R Benjamin    on behalf of Creditor Sharyn  Procaccio rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
               istie.com;tfalligant@golanchristie.com
                                                                                             TOTAL: 10
```