**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-45120 |
| | § | |
| TRENT STEPHEN CASTLE | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $102,100.00 | Assets Exempt: | $43,665.00 |
| Total Distributions to Claimants: | $56,622.31 | Claims Discharged Without Payment: | $90,517.95 |
| Total Expenses of Administration: | $15,866.00 | | |

3)      Total gross receipts of $72,488.31  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**)**,** yielded net receipts of $72,488.31 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $15,866.00 | $15,866.00 | $15,866.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $147,140.26 | $147,140.26 | $56,622.31 |
| **Total Disbursements** | $0.00 | $163,006.26 | $163,006.26 | $72,488.31 |

4). This case was originally filed under chapter 7 on 11/21/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2016          By:   /s/ David R. Herzog
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Funds in trust account; Trust is held by Golan and Christie LLP, 70 W. Madison, Suite 1500, Chicago, IL60602; | 1129-000 | $72,488.31 |
| **TOTAL GROSS RECEIPTS** | | $72,488.31 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $6,874.42 | $6,874.42 | $6,874.42 |
| Arthur B. Levine Company | 2300-000 | NA | $38.69 | $38.69 | $38.69 |
| Bank of Texas | 2600-000 | NA | $1,252.89 | $1,252.89 | $1,252.89 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bruce de'Medici, Attorney for Trustee | 3210-000 | NA | $7,350.00 | $7,350.00 | $7,350.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $15,866.00 | $15,866.00 | $15,866.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| 2 | AMERICAN | 7100-000 | $0.00 | $16,809.93 | $16,809.93 | $16,809.93 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | EXPRESS BANK FSB | | | | | |
| 3 | FIFTH THIRD BANK | 7200-000 | $0.00 | $100,330.33 | $100,330.33 | $9,812.38 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $147,140.26 | $147,140.26 | $56,622.31 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1                    Exhibit 8

| | |
|---|---|
| **Case No.:** | 13-45120-6 |
| **Case Name:** | CASTLE, TRENT STEPHEN |
| **For the Period Ending:** | 8/1/2016 |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Date Filed (f) or Converted (c):** | 11/21/2013 (f) |
| **§341(a) Meeting Date:** | 01/13/2014 |
| **Claims Bar Date:** | 04/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Timeshare located at the Westin, Kawaii, HI | $10,000.00 | $0.00 | | $0.00 | FA |
| 2  Timeshare located at the Westin, Kawaii, HI | $15,000.00 | $0.00 | | $0.00 | FA |
| 3  5455 N. Sheridan Rd #1609, Chicago, IL 60640 | $77,000.00 | $0.00 | | $0.00 | FA |
| 4  checking account with PNC | $0.00 | $0.00 | | $0.00 | FA |
| 5  checking account with PNC | $1,315.00 | $0.00 | | $0.00 | FA |
| 6  Household goods | $2,000.00 | $0.00 | | $0.00 | FA |
| 7  Books, CDs, etc. | $150.00 | $0.00 | | $0.00 | FA |
| 8  Necessary wearing apparel. | $200.00 | $0.00 | | $0.00 | FA |
| 9  Term Life Insurance - No Cash Surrender Value. | $0.00 | $0.00 | | $0.00 | FA |
| 10  Pension w/ Employer/Former Employer | $40,000.00 | $0.00 | | $0.00 | FA |
| 11  Funds in trust account; Trust is held by Golan and Christie LLP, 70 W. Madison, Suite 1500, Chicago, IL 60602; | $50,000.00 | $50,000.00 | | $72,488.31 | FA |
| 12  Watch | $100.00 | $100.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**

|  | $195,765.00 | $50,100.00 | | $72,488.31 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

  Awaiting professional's fee application; review and objection of claims.

**Initial Projected Date Of Final Report (TFR):**    06/30/2015          **Current Projected Date Of Final Report (TFR):**    03/31/2016        /s/ DAVID R. HERZOG

                                                                                                                        DAVID R. HERZOG

Case 13-45120   Doc 41   Filed 08/03/16   Entered 08/03/16 10:35:15   Desc Main   **Page No:** 1   Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-45120-6 | |
| **Case Name:** | CASTLE, TRENT STEPHEN | |
| **Primary Taxpayer ID #:** | **-***7114 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/21/2013 | |
| **For Period Ending:** | 8/1/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | David R. Herzog | |
| **Bank Name:** | Bank of Texas | |
| **Checking Acct #:** | ******0243 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/27/2015 | (11) | Chicago Title & Trust | Proceeds Settlement of Adversary - Turnover of trust proceeds | 1129-000 | $72,488.13 | | $72,488.13 |
| 03/27/2015 | (11) | DEP REVERSE: Chicago Title & Trust | Proceeds Settlement of Adversary - Turnover of trust proceeds | 1129-000 | ($72,488.13) | | $0.00 |
| 03/27/2015 | (11) | Chicago Title & Trust Co | Turnover of Trust Funds | 1129-000 | $72,488.31 | | $72,488.31 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.63 | $72,375.68 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.79 | $72,258.89 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.84 | $72,146.05 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.42 | $72,029.63 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.23 | $71,913.40 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $112.30 | $71,801.10 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $115.86 | $71,685.24 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $111.94 | $71,573.30 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $115.49 | $71,457.81 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.99 | $71,342.82 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $107.40 | $71,235.42 |
| 03/16/2016 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $38.69 | $71,196.73 |
| 05/05/2016 | 3002 | Bruce de'Medici | Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 3210-000 | | $7,350.00 | $63,846.73 |
| 05/05/2016 | 3003 | CLERK OF THE US BANKRUPTCY COURT | Distribution Dividend: 100.00; Account Number: ; Claim #: 4; | 2700-000 | | $350.00 | $63,496.73 |
| 05/05/2016 | 3004 | David R. Herzog | Trustee Compensation | 2100-000 | | $6,874.42 | $56,622.31 |
| 05/05/2016 | 3005 | FIFTH THIRD BANK | Distribution Dividend: 100.00; Account Number: ; Claim #: 1; | 7100-000 | | $30,000.00 | $26,622.31 |
| 05/05/2016 | 3006 | AMERICAN EXPRESS BANK FSB | Distribution Dividend: 100.00; Account Number: ; Claim #: 2; | 7100-000 | | $16,809.93 | $9,812.38 |
| 05/05/2016 | 3007 | FIFTH THIRD BANK | Distribution Dividend: 9.78; Account Number: ; Claim #: 3; | 7200-000 | | $9,812.38 | $0.00 |

| | | | | **SUBTOTALS** | $72,488.31 | $72,488.31 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 13-45120-6 |
| **Case Name:** | CASTLE, TRENT STEPHEN |
| **Primary Taxpayer ID #:** | **-***7114 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 11/21/2013 |
| **For Period Ending:** | 8/1/2016 |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0243 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $72,488.31 | $72,488.31 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $72,488.31 | $72,488.31 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $72,488.31 | $72,488.31 | |

**For the period of  11/21/2013 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $72,488.31 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $72,488.31 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $72,488.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $72,488.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/27/2015 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $72,488.31 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $72,488.31 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $72,488.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $72,488.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2                                                                                                              Page No: 3          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 13-45120-6 | **Trustee Name:** | David R. Herzog |
| **Case Name:** | CASTLE, TRENT STEPHEN | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***7114 | **Checking Acct #:** | ******0243 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 11/21/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/1/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | | | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|---|---|
| | | | | $72,488.31 | $72,488.31 | $0.00 |

**For the period of 11/21/2013 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $72,488.31 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $72,488.31 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $72,488.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $72,488.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/21/2013 to 8/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $72,488.31 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $72,488.31 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $72,488.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $72,488.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG